**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In Re:<br><br>Thomas P. Snyder<br><br>*Debtor* | Case No.: 19-20606-NVA<br><br>Chapter 13 |

## MOTION TO WITHDRAW AS COUNSEL

Eric S. Steiner, counsel for the Debtor, pursuant to L.R.B.P. 9010-4, files this Motion to Withdraw as Counsel, and in support thereof, states:

1. On August 7, 2019 (the "Petition Date"), the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No.: 19-20606.

2. Rebecca A. Herr currently serves as Chapter 13 trustee.

3. A conflict of interest has arisen pursuant to Md. Rule 19-301.7.

WHEREFORE, Eric S. Steiner, counsel for the Debtor, respectfully requests that this Court enter an order authorizing counsel to withdraw as counsel of record for the Debtor.

Respectfully submitted,

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
P.O. Box 17598, PMB 83805
Baltimore, Maryland 21297
(410) 670-7060 (phone)
(410) 834-1743 (fax)

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 9010-4(a)(2)**

I hereby certify that a written notice has been mailed and e-mailed to the Debtor at least seven (7) days prior to the filing of this motion advising the Debtor of counsel's proposed withdrawal and notifying the Debtor either to have new counsel enter an appearance or to advise the Clerk that the Debtor will be proceeding without counsel.

                                              */s/ Eric S. Steiner*
                                              Eric S. Steiner

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2024, a true and correct copy of the foregoing has been served by CM/ECF to:

Rebecca A. Herr
*Chapter 13 Trustee*

I FURTHER CERTIFY that on this 5th day of July, 2024, a true and correct copy of the foregoing has been served via first-class mail, postage prepaid, to all creditors and parties listed on the attached matrix.

                                              */s/ Eric S. Steiner*
                                              Eric S. Steiner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 19-20606<br>District of Maryland<br>Baltimore<br>Fri Jul  5 12:10:39 EDT 2024 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Robert Alston Jones<br>Samuel I. White, P.C.<br>448 Viking Drive<br>Suite 350<br>Virginia Beach, VA 23452-7397 | Michael J. Klima Jr.<br>Peroutka, Miller, Klima & Peters, P.A.<br>8028 Ritchie Highway<br>Suite 300<br>Pasadena, MD 21122-1360 |
| Mayor and City Council of Baltimore<br>200 Holliday St. Room #1<br>Baltimore, MD 21202-6295 | Daniel J. Pesachowitz<br>Samuel I. White PC.<br>6100 Executive Blvd.<br>Suite 400<br>Rockville, MD 20852-3959 | Quicken Loans Inc.<br>635 Woodward Ave<br>Detroit, MI 48226-3408 |
| SoFi Lending Corp<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Eric S. Steiner<br>Steiner Law Group, LLC<br>PO Box 17598<br>Pmb 83805<br>Baltimore, MD 21297-1598 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |