**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

In Re:

Thomas P. Snyder

*Debtor*

Case No.: 19-20606-NVA
Chapter 13

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel for Mark McCutcheon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion is granted; and is further

**ORDERED**, that Eric S. Steiner, who appeared in this matter on behalf of the Debtor, is relieved of any and all further duties in this matter.

**END OF ORDER**

cc:     Debtor
        Debtor's Counsel
        Chapter 13 Trustee
        U.S. Trustee
        All creditors and parties in interest