THE MOTION DOES NOT COMPLY WITH LOCAL BANKRUPTCY RULE 9010-4(a)(2)(A) AND LACKS EVIDENCE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9010-4(a)(2)(B). MOVANT MAY FILE A LINE ADDRESSING THESE DEFICIENCIES WITHIN SEVEN (7) DAYS OF THIS ENTRY, FAILING WHICH THE MOTION MAY BE DENIED WITHOUT FURTHER NOTICE.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19-20606 – NVA**   Chapter: **13**

**Thomas P. Snyder**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by Eric S. Steiner, Esq. and it appearing that counsel has complied with Local Bankruptcy Rule 9010-4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Eric S. Steiner, Esq. as counsel of record for DEBTOR is hereby stricken.

cc:  Debtor
     Attorney for Debtor – Eric S. Steiner
     Case Trustee – Rebecca A. Herr

**End of Order**

01x03 (rev. 05/02/2000) – ShannonMcKenna

