IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In Re:<br><br>Thomas P. Snyder<br><br>*Debtor* | Case No.: 19-20606-NVA<br>Chapter 13 |

## LINE

In accordance with this Court's July 8, 2024, Court Instruction, the last known address of the Debtor is:

Thomas P. Snyder
811 W. 35th St.
Baltimore, MD 21211

Respectfully submitted,

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
P.O. Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of July, 2024, a copy of the foregoing was served via the Court's CM/ECF system to:

Rebecca A. Herr
*Chapter 13 Trustee*

I FURTHER CERTIFY that, on this 8th day of July, 2024, a copy of the foregoing was served via first-class mail, postage prepaid, to:

Thomas P. Snyder
811 W. 35th St.
Baltimore, MD 21211

                                                        */s/ Eric S. Steiner*
                                                        Eric S. Steiner