# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In Re:<br><br>Thomas P. Snyder<br><br>*Debtor* | Case No.: 19-20606-NVA<br>Chapter 13 |

## LINE

Dear Clerk:

In accordance with this Court's July 8, 2024, please see attached letter.

                                        Respectfully submitted,

                                        */s/ Eric S. Steiner*
                                        Eric S. Steiner, Esquire
                                        Federal Bar No. 28705
                                        eric@steinerlawgroup.com
                                        **STEINER LAW GROUP, LLC**
                                        P.O. Box 17598, PMB 83805
                                        Baltimore, Maryland 21297-1598
                                        (410) 670-7060 (phone)
                                        (410) 834-1743 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of July, 2024, a copy of the foregoing was served via the Court's CM/ECF system to:

    Rebecca A. Herr
    *Chapter 13 Trustee*

I FURTHER CERTIFY that, on this 8th day of July, 2024, a copy of the foregoing was served via first-class mail, postage prepaid, to:

    Thomas P. Snyder
    811 W. 35th St.

Baltimore, MD 21211

                                                         */s/ Eric S. Steiner*
                                                         Eric S. Steiner