

Eric S. Steiner, Esquire
eric@steinerlawgroup.com

June 26, 2024

**VIA E-MAIL tom_snyder@outlook.com**
**AND FIRST-CLASS MAIL**
Thomas P. Snyder
811 W. 35th St.
Baltimore, MD 21211

    Re:    Chapter 13 Bankruptcy
            Case No.: 19-20606-NVA
            Our File No.: 01312

Dear Mr. Snyder:

    This is a formal withdrawal letter pursuant to Local Bankruptcy Rule 9010-4(a)(2)(B). Please be advised that in seven (7) days from today I will file a Motion to Withdraw as your counsel due to conflict of interest and, if granted, my appearance will be stricken, and I will be terminated from your case. I strongly advise you to seek alternate counsel for your case and/or notify the clerk of your intention to proceed without counsel.

                                                            Very truly yours,

                                                            Eric S. Steiner