United States Bankruptcy Court
District of Maryland

In re:                                                                      Case No. 19-20606-NVA

Thomas P. Snyder                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas P. Snyder, 811 W. 35th St., Baltimore, MD 21211-2504 |
| r | + | Melissa Kesner-Fultz, Coldwell Banker Realty, 6031 University Blvd. Suite 100, Ellicott City, MD 21043-6097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 26 2024 19:10:00 | U.S. Trustee, 101 W. Lombard St., Ste. 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Michael J. Klima | bankruptcy@peroutkalaw.com |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 26, 2024                       Form ID: pdfparty                             Total Noticed: 3

Rebecca A. Herr
                          ecf@ch13md.com

Robert Alston Jones
                          rjones@siwpc.com
                          dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com


TOTAL: 5

Entered: July 26th, 2024
Signed: July 25th, 2024

**SO ORDERED**



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In Re:

Thomas P. Snyder

Case No.: 19-20606-NVA

Chapter 13

*Debtor*

### ORDER AUTHORIZING EMPLOYMENT OF, COMPENSATION
### TO, AND DISBURSEMENT OF COMPENSATION TO, REALTOR

Upon consideration of the application of the Debtor for authority to employ and

compensate Melissa Kesner-Fultz to sell the real property located at 811 W. 35th St., Baltimore,

MD 21211, and the Affidavit of Melissa Kesner-Fultz pursuant to F. R. Bankr. P. 2014(a), it

appearing to this Court that is duly qualified to represent the Debtor in regard to the selling the

Property, with the Court being satisfied that does not hold or represent an interest materially

adverse to either the Debtor or the bankruptcy estate with respect to the matter said realtor is to

be employed and that the employment of as a realtor is necessary and would be in the best

interest of the Debtor, the bankruptcy estate, and his creditors, it is, by the United States

Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor's Application for Authorization to Employ, Compensate and

Disburse Compensation to Realtor be, and hereby is, **APPROVED**; and it is further,

**ORDERED**, that the Debtor be, and hereby is, authorized to employ Melissa Kesner-Fultz to sell the real property located at 811 W. 35th St., Baltimore, MD 21211 pursuant to all terms and conditions contained in the application, and it is further,

**ORDERED**, that Melissa Kesner-Fultz be, and hereby is, allowed compensation in the amount of 5.0% of the gross sales price payable solely from the proceeds of sale of any sale procured by said realtor as either a broker or co-broker upon consummation of an unconditional settlement of the aforesaid real property, with said approval subject solely to the disposition of objections, if any, filed in response to any notice of proposed sale which discloses the amount of compensation proposed to be paid to said realtor, and it is further,

**ORDERED**, that the Debtor be, and hereby is, authorized to disburse an amount equal to 5.0% of the gross sales price to said realtor as and for compensation without further order of court, with the said disbursement payable solely from the proceeds of sale of any sale procured by said realtor as either a broker or co-broker upon consummation of an unconditional settlement of the aforesaid real property, with said authorization subject solely to the disposition of objections, if any, filed in response to any notice of proposed sale which discloses the amount of compensation proposed to be paid to said realtor, with total compensation paid hereunder not to exceed 5.0% of the gross sales price.

cc:     Debtor
        Debtor's Counsel
        Chapter 13 Trustee

        Melissa Kesner-Fultz
        Coldwell Banker Realty
        6031 University Blvd. Suite 100
        Ellicott City, MD 21043-6097

        U.S. Trustee

**END OF ORDER**